No. 93–6361.  HAWKINS *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 93–6363.  HENRY *v.* NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 93–6365.  HESSELL *v.* OVERTON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 93–6369.  BUTCHER *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 93–6375.  OVIATT *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–6377.  OKOLO *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–6380.  SIMMONS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 93–6390.  TOOMEY *v.* IOWA DEPARTMENT OF HUMAN SERVICES.  Sup. Ct. Iowa.  Certiorari denied.

No. 93–6401.  PRUETT *v.* THOMPSON, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 93–143.  NORTH CAROLINA *v.* BALLARD; and NORTH CAROLINA *v.* BATES.  Sup. Ct. N. C.  Motions of respondents Lonnie Ballard and Joseph Earl Bates for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 93–318.  CONSUMER FEDERATION OF AMERICA ET AL. *v.* UNITED STATES ET AL.  C. A. D. C. Cir.  Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.